**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-6157**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

BENJAMIN MCMILLER,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:17-cr-00269-RJC-DCK-1)

———————

Submitted:  July 24, 2025                                                      Decided:  July 29, 2025

———————

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Benjamin McMiller, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin McMiller appeals the district court's order denying his motions for compassionate release, brought pursuant to 18 U.S.C. § 3582(c)(1)(A). Upon review, we conclude that the district court did not abuse its discretion in denying McMiller's motion. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (per curiam) (stating standard of review); *see also United States v. High*, 997 F.3d 181, 191 (4th Cir. 2021) ("[I]n light of this case's relative simplicity, where the district court was aware of the arguments, considered the relevant sentencing factors, and had an intuitive reason for adhering to what was already a below-Guidelines sentence, its explanation for denying [the] motion for compassionate release was adequate." (cleaned up)). Accordingly, we affirm the district court's order. *United States v. McMiller*, No. 3:17-cr-00269-RJC-DCK-1 (W.D.N.C. Feb. 5, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*